Arnold Melvin Johnson, State Bar No. 52505
Law Office of Arnold Melvin Johnson
1200 Wilshire Boulevard, Suite 505
Los Angeles, California 90017-1934
Telephone No.: (213) 250-9577
Facsimile No.: (213) 250-9555
E-mail address: amj.0169@yahoo.com

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYANA LOVE JONES., a Minor, by her Guardian ad Litem ERIKA RUDD, MARIAN HOWARD, and SHERMAN JONES,<br><br>                  Plaintiffs,<br><br>      vs.<br><br>BRIAN WALKER, MICHAEL BENNETT, JOHN HORTON, CITY OF BANNING, and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No.:  EDCV 07-380 SGL(OPx)<br><br>**ORDER FOR DISMISSAL**<br><br>**Hearing Date: August 17, 2009**<br>**Time: 10:00 A.M.**<br>**Courtroom: 1** |

Pursuant of stipulation between the remaining parties to this action, it is hereby ordered that the entire above-caption action is hereby dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1).

Dated: August 19, 2009

_____
Stephen G. Larson,
U.S. District Court Judge